1  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   DALE B. GOLDFARB, State Bar No. 65955
2  KEVIN R. WARREN, State Bar No. 242238
   1055 West Seventh Street, 29th Floor
3  Los Angeles, California 90017-2547
   Telephone (213) 489-3222
4  E-Mail     dgoldfarb@hfdclaw.com
              kwarren@hfdclaw.com
5
   Attorneys for Defendant, CLARENDON
6  AMERICA INSURANCE COMPANY



7

8              UNITED STATES DISTRICT COURT        FILE BY FAX

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 LEGACY PARTNERS, INC, a Delaware )  CASE NO. '08 CV 0920 BTM CAB
   corporation,                    )
12                                 )  The Hon.
                                   )
13         Plaintiff,              )  Action Filed: December 7, 2007
                                   )
14      v.                         )
                                   )  NOTICE OF INTERESTED
15 CLARENDON AMERICAN              )  PARTIES
   INSURANCE COMPANY, and DOES 1   )
16 through 10,                     )
                                   )
17         Defendants.             )
   _____)

18

19      The undersigned, counsel of record for defendant, CLARENDON

20 AMERICA INSURANCE COMPANY, certifies that the following listed parties

21 have a direct, pecuniary interest in the outcome of this case. These representations

22 are made to enable the Court to evaluate possible disqualification or recusal.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

F:\CASE\TIGIN.2721\Removal\Notice of Interested Parties (Federal).wpd    -1-



| | |
|---|---|
| Legacy Partners, Inc., a Delaware Corporation | Plaintiff |
| Clarendon America Insurance Company, A New Jersey Corporation | Defendant |

DATED: May 22, 2008

HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB
KEVIN R. WARREN

By: _____
KEVIN R. WARREN
Attorneys for Defendants, CLARENDON AMERICA INSURANCE COMPANY

F:\CASE\TIGIN.2721\Removal\Notice of Interested Parties (Federal).wpd    -2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On May 22, 2008, I served the foregoing document described as **NOTICE OF INTERESTED PARTIES** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 22, 2008, at Los Angeles, California.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Martha M. Suniga*
MARTHA M. SUNIGA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\TIGIN.2721\SERVICE\POS.MMS.FEDERAL.wpd

## SERVICE LIST

Kirk A. Pasich, Esq.
Susan Page White, Esq.
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 772-8300
Fax: (310) 772-8301

Attorneys for Plaintiff

F:\CASE\TIGIN.2721\SERVICE\POS.MMS.FEDERAL.wpd

PROOF OF SERVICE