DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Fax: (213) 622-4253

Attorneys for Defendant, CLARENDON AMERICAN INSURANCE COMPANY

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ECA DEPUTY

FILE BY FAX

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEGACY PARTNERS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON AMERICAN INSURANCE COMPANY, and DOES 1 through 10,<br><br>Defendants. | CASE NO. '08 CV 0920 BTM CAB<br>The Ho<br>Action Filed: December 7, 2007<br><br>**NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant, Clarendon America Insurance Company, has removed the subject action from the Superior Court of the State of California for the County of San Diego to the United States District Court for the Southern District of California, San Diego Division, United States Courthouse, 880 Front Street, San Diego, California. A copy of the Notice of Removal of Civil Action is being served upon you concurrently herewith.

PLEASE ALSO TAKE NOTICE that a copy of the Notice of Removal will be filed with the Clerk of the Superior Court of the State of California in and for the



ORIGINAL

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

CK

County of San Diego, Hall of Justice, 330 W. Broadway, San Diego, California 92101-3827.

DATED: May 22, 2008

HARRINGTON, FOXX, DUBROW & CANTER, LLP
DALE B. GOLDFARB
KEVIN R. WARREN

By: [signature]
KEVIN R. WARREN
Attorneys for Defendant, CLARENDON AMERICA INSURANCE COMPANY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On May 22, 2008, I served the foregoing document described as **NOTICE TO ADVERSE PARTIES OF REMOVAL TO FEDERAL COURT** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 22, 2008, at Los Angeles, California.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

MARTHA M. SUNIGA

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

# SERVICE LIST

Kirk A. Pasich, Esq.
Susan Page White, Esq.
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 772-8300
Fax: (310) 772-8301

Attorneys for Plaintiff

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222