DALE B. GOLDFARB, State Bar No. 65955
KEVIN R. WARREN, State Bar No. 242238
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222

Attorneys for Defendant, CLARENDON AMERICA INSURANCE COMPANY (Erroneously sued as CLARENDON AMERICAN INSURANCE COMPANY)

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY PARTNERS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON AMERICAN INSURANCE COMPANY, and DOES 5 through 10,<br><br>Defendants. | CASE NO. CV0920-BTM-CAB<br><br>The Hon. Barry Ted Moskowitz<br><br>Action Filed: December 7, 2007<br><br>**NOTICE OF CLARENDON AMERICA INSURANCE COMPANY'S MOTION TO DISMISS UNDER FRCP RULE 12(b)(6)**<br><br>**NO APPEARANCE OR ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>[Filed concurrently with Memorandum of Points and Authorities ]<br><br>Date: July 18, 2008<br>Time: 11:00 a.m.<br>Room: 15 |

TO PLAINTIFF AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 18, 2008, at 11:00 a.m. in of the above-captioned court, or as soon thereafter as this matter may be heard, Defendant CLARENDON AMERICA INSURANCE COMPANY, will move and hereby moves this court for an order granting its motion to dismiss, under Federal Rules of Civil Procedure Rule 12(b)(6).

1   This motion is made pursuant to under <u>Federal Rules of Civil Procedure</u> Rule 12(b)(6), and on the grounds that Plaintiff's Complaint failed to state a cause of action upon which relief can be granted.

This Motion is based upon this Notice, the attached Memorandum of Points and Authorities, all pleadings and papers on file in this action, and upon such further oral and documentary evidence as may be presented at the hearing of this motion.

DATED: May 28, 2008          Respectfully submitted

By: _____

DALE B. GOLDFARB
KEVIN R. WARREN
Attorneys for Defendant,
CLARENDON AMERICA INSURANCE COMPANY

F:\CASE\TIGIN.2721\Notice of 12(b)(6) Motion.wpd        -2-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On May 28, 2008, I served the foregoing document described as **NOTICE OF CLARENDON AMERICA INSURANCE COMPANY'S MOTION TO DISMISS UNDER FRCP RULE 12(b)(6)** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

Kirk A. Pasich, Esq.
Susan Page White, Esq.
Dickstein Shapiro LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 772-8300
Fax: (310) 772-8301

Attorneys for Plaintiff

BY MAIL AS FOLLOWS:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 28, 2008, at Los Angeles, California.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
ELIZABETH S. SOLIDUM

F:\CASE\TIGIN.2721\SERVICE\POS.MMS FEDERAL.wpd