1  DALE B. GOLDFARB, State Bar No. 65955
   KEVIN P. McNAMARA, State Bar No. 180690
2  HARRINGTON, FOXX, DUBROW & CANTER, LLP
   1055 West Seventh Street, 29th Floor
3  Los Angeles, California  90017-2547
   Telephone (213) 489-3222
4  Facsimile (213) 623-7929

5  Attorneys for Defendant, CLARENDON
   AMERICA INSURANCE COMPANY
6  erroneously sued herein as Clarendon
   American Insurance Company

7

8             UNITED STATES DISTRICT COURT

9         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 LEGACY PARTNERS, INC, a          )  CASE NO. CV0920BTMCAB
   Delaware corporation,            )
12                                  )  The Hon. Barry Ted Moskowitz
                Plaintiff,          )
13                                  )  Action Filed:   December 7, 2007
        v.                          )
14                                  )  **NOTICE OF CHANGE OF COUNSEL**
   CLARENDON AMERICAN              )
15 INSURANCE COMPANY, and          )
   DOES 5 through 10,               )
16                                  )
                Defendants.         )
17 _____ )

18       Defendant Clarendon America Insurance Company hereby requests that Kevin

19 P. McNamara (kmcnamara@hfdclaw.com and lkatata@hfdclaw.com) be added to the

20 e-fling service list for this matter, and that Kevin R. Warren (kwarren@hfdclaw.com

21 and msuniga@hfdclaw.com)  be removed from the e-filing service list for this matter.

22

23 DATED:  July 2, 2008              Respectfully submitted,

24                                  HARRINGTON,   FOXX,   DUBROW   &
                                    CANTER, LLP
25

26                                  By:___/s/ Kevin P. McNamara_____
                                       KEVIN P. McNAMARA
27                                     Attorneys for Defendant,
                                       CLARENDON AMERICA INSURANCE
28                                     COMPANY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222