Kirk A. Pasich (State Bar No. 94242)
Susan Page White (State Bar No. 137125)
DICKSTEIN SHAPIRO LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Telephone: (310) 772-8300
Facsimile: (310) 772-8301

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY PARTNERS, INC, a Delaware corporation,<br><br>                    Plaintiff,<br>v.<br><br>CLARENDON AMERICAN INSURANCE COMPANY, and DOES 1 through 10,<br><br>                    Defendants. | CASE NO.: CV0920BTMCAB<br><br>The Honorable Barry Ted Moskowitz<br><br>**DISCLOSURE STATEMENT OF PLAINTIFF LEGACY PARTNERS, INC. PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1** |

## DISCLOSURE STATEMENT

The undersigned counsel of record discloses, pursuant to Federal Rules of Civil Procedure 7.1, the stock of plaintiff Legacy Partners, Inc. is 100% owned by the Preston Butcher Legacy Partners Business Assets Revocable Trust u/d/t dated May 12, 2003.

Legacy Partners provides the above information to allow the Court to evaluate possible disqualification or recusal.

Dated: July 3 2008                    DICKSTEIN SHAPIRO LLP

                                       BY: _____
                                       Susan Page White
                                       Attorneys for Plaintiff

1
DISCLOSURE STATEMENT OF PLAINTIFF

DOCSLA-31867v02