DALE B. GOLDFARB, State Bar No. 65955
KEVIN P. McNAMARA, State Bar No. 180690
HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 West Seventh Street, 29th Floor
Los Angeles, California 90017-2547
Telephone (213) 489-3222
Facsimile (213) 623-7929

Attorneys for Defendant, CLARENDON AMERICA INSURANCE COMPANY erroneously sued herein as Clarendon American Insurance Company

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGACY PARTNERS, INC, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> CLARENDON AMERICAN INSURANCE COMPANY, and DOES 5 through 10, <br><br> Defendants. | CASE NO. CV0920BTMCAB <br><br> The Hon. Barry Ted Moskowitz <br><br> Action Filed: December 7, 2007 <br><br> **CERTIFICATE OF SERVICE RE: DEFENDANT'S NOTICE OF CHANGE OF COUNSEL** |

I am employed in the County of Los Angeles, State of California. I am over the age 18 years and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017.

On July 2, 2008, my office filed and served the foregoing document described as NOTICE OF CHANGE OF COUNSEL on all interested parties in this action by filing it electronically through the CM/ECF process. My office received confirmation that the document was filed, and served on all parties to this action at 1:38 p.m. on July 2, 2008.

/ / /

/ / /

1  I certify under penalty of perjury under the laws of the State of California that
2  the above is true and correct. Executed this 8th day of July, 2008, in Los Angeles,
3  California.

6  DATED: July 8, 2008          Respectfully submitted,

7                               HARRINGTON, FOXX, DUBROW &
                                CANTER, LLP

9                               By:  /s/ KevinP.McNamara
                                     KEVIN P. McNAMARA
10                                   Attorneys for Defendant,
                                     CLARENDON AMERICA INSURANCE
11                                   COMPANY

HARRINGTON, FOXX, DUBROW & CANTER, LLP
1055 WEST SEVENTH STREET, 29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE (213) 489-3222

F:\CASE\TIGIN.2721\PLEADINGS\Cert of Service of Notice of Change of Counsel.wpd    2    CASE NO. CV0920BTMCAB
CERTIFICATE OF SERVICE RE: DEFENDANT'S NOTICE OF CHANGE OF COUNSEL

# PROOF OF SERVICE

### (Re: **Legacy Partners v. Clarendon**)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 West Seventh Street, 29th Floor, Los Angeles, California 90017-2547.

On **July 8, 2008**, I caused to be served the foregoing document described as **CERTIFICATE OF SERVICE RE: DEFENDANT'S NOTICE OF CHANGE OF COUNSEL** on all interested parties in this action as follows:

Susan Page White, Esq. - whites@docksteinshapiro.com

Dickstein Shapiro LLP - bossd@dicksteinshapiro.com

[X]  **VIA ELECTRONIC MAIL -** all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retrieve the document.

Executed on **July 8, 2008**, at Los Angeles, California.

X   (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

       /s/ Kevin P. McNamara
       KEVIN P. McNAMARA