1  Kirk A. Pasich (State Bar No. 94242)
2  Susan Page White (State Bar No. 137125)
   DICKSTEIN SHAPIRO LLP
3  2049 Century Park East, Suite 700
   Los Angeles, CA 90067
4  Telephone:  (310) 772-8300
   Facsimile:   (310) 772-8301
5
6  Attorneys for Plaintiff

7

8  # UNITED STATES DISTRICT COURT

9  # FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LEGACY PARTNERS, INC, a Delaware corporation, | CASE NO.: CV0920BTMCAB |
12 | | |
13 | Plaintiff, | The Honorable Barry Ted Moskowitz |
   | v. | **CERTIFICATE OF SERVICE** |
14 | | |
15 | CLARENDON AMERICAN INSURANCE COMPANY, and DOES 1 through 10, | |
16 | | |
17 | Defendants. | |

18

19      I am employed in the County of Los Angeles, State of California.  I am over the

20  age of 18 years and not a party to the within action.  My business address is 2049

21  Century Park East, Suite 700, Los Angeles, CA 90067.

22      On July 3, 2008, my office filed and served documents described as:

23  DISCLOSURE STATEMENT OF PLAINTIFF LEGACY PARTNERS, INC.
    PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1
24

25  OPPOSITION OF PLAINTIFF LEGACY PARTNERS, INC. TO MOTION TO
    DISMISS COMPLAINT OF DEFENDANT CLARENDON AMERICA
26  INSURANCE COMPANY

27  ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT

28

1     Said documents were served on all interested parties in this action by electronic filing through the CM/ECF process.  My office received confirmation that the documents were filed, and served on all parties to this action on July 3, 2008.

    In addition, the ORDER ON DEFENDANT'S MOTION TO DISMISS COMPLAINT was served on Defendant's counsel via e-mail on July 3, 2008.

    I certify under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed this 8th day of July, 2008, in Los Angeles, California.

Dated:  July 8 2008                    DICKSTEIN SHAPIRO LLP

                                      BY:  /s/  Susan Page White
                                               Susan Page White
                                               Attorneys for Plaintiff

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action. My business address is 2049 Century Park East, Suite 700, Los Angeles, CA  90067.

On July 3, 2008, I caused to be served the documents described as CERTIFICATE OF SERVICE on all interested parties in this action as follows:

Kevin McNamara, Esq. - kmcnamara@hfdclaw.com

Lynn Katata, Esq. -  lkatata@hfdclaw.com

[X]    VIA ELECTRONIC MAIL – all parties listed above have been served via electronic mail through the court's CM/ECF system, which automatically generates a Notice of Electronic Filing (NEF) allowing registered e-filers to retried the document.

Executed on July 8, 2008, at Los Angeles, California.

[X]    (Federal)    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

                                    /s/  Susan Page White
                                  SUSAN PAGE WHITE