# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Legacy Partners, Inc.

**V.**           **JUDGMENT IN A CIVIL CASE**

Clarendon American Insurance Company et al

**CASE NUMBER:** 08cv920-BTM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court denies Plaintiff's Partial Motion for Summary Judgment. The Court grants Defendant's Motion for Summary Judgment in its entirety..................................................................
............................................................................................................................................................

| April 14, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON April 14, 2010

08cv920-BTM(CAB)